USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE CITIGROUP INC. SECURITIES : 09 md 2070 (SHS)
LITIGATION. This document relates to:
: 13 Civ. 4148 (SHS)

: ORDER

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, defendant's motion to dismiss the complaint [document no. 16] is granted; and

2. If plaintiff chooses to amend the complaint, she shall do so on or before November 18, 2013.

Dated: New York, New York
November 4, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.