DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WENDY MARKEY and SANDRA STEWART,
                         Plaintiffs,

-against-

CITIGROUP, INC. and CITIGROUP
GLOBAL MARKETS, INC.,
                         Defendants.

-------------------------------------------------------------X

09 **MD** 2070 (SHS)
This document relates to:
11 **CIVIL** 9080 (SHS)
**JUDGMENT**

Citigroup having moved to dismiss plaintiffs' complaint on essentially the same grounds it advanced successfully to support the dismissal of complaint (Odom v. Morgan Stanley Smith Barney, LLC, Nos. 09 MD 2070, 11 Civ. 3827 (SHS) (S.D.N.Y.)), and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on December 20, 2013, having rendered its Memorandum Opinion and Order that for the reasons set forth in the Order and further explained in the Odom opinion, dismissing plaintiffs' claims on the ground that they are preempted by SLUSA, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 20, 2013 and further explained in the Odom opinion, plaintiffs' claims are dismissed on the ground that they are preempted by SLUSA.

**Dated:** New York, New York
December 23, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____