```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

---

09-Md-2070 (SHS)
This document relates to:
07-Cv-9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Respondents Citigroup Inc., Citigroup Global Markets Inc., Charles Prince, Gary Crittenden, Sallie L. Krawcheck, and Vikram Pandit have moved for an order permanently enjoining claimants Gary L. Burgess and Joseph Icon from pursuing a pending arbitration before the Financial Industry Regulatory Authority. (Dkt. No. 334.) Burgess and Icon's counsel has filed with the Court, by email or post, communications and briefing related to Citigroup's motion.

In accordance with this Court's Individual Practices and S.D.N.Y. Local Rule 5.2, all counsel are directed to register promptly as filing users of the S.D.N.Y. Electronic Case Filing ("E.C.F.") system and to consult the E.C.F. Rules & Instructions. Each party's counsel is further directed to electronically file any communications and briefing that has been previously filed but is not recorded in the E.C.F. docket.

Respondents shall serve claimants with a copy of this Order.

Dated: New York, New York
July 10, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.